AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_____NORTHERN_____ DISTRICT OF _____OHIO, EASTERN DIVISION_____

UNITED STATES OF AMERICA

### v.

**WAIVER OF INDICTMENT**

PATRICK WHITE

**CASE NUMBER:**

I, ____Patrick White____, the above named defendant, who is accused of one count of bribery concerning programs receiving federal funds, in violation of Title 18, United States Code, Section 666(a)(2), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court

on ___February 16, 2012___ prosecution by indictment and consent that the proceeding may be by
      _Date_
information rather than by indictment.

_____
Patrick White
_Defendant_

_____
Mark A. Stanton
_Counsel for Defendant_

**Before** _____
          _Judicial Officer_